UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Austin Mark Matthews,

        Defendant.
_____/

Case: 2:24−mj−30434
Assigned To : Unassigned
Assign. Date : 10/8/2024
Description: RE: SEALED MATTER (EOB)

## MOTION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrant, and all attendant papers for the reason that the Defendant may flee prior to appearance on the complaint. This sealing order is entered with the express exception that upon the arrest of the Defendant, the government may provide copies of the aforementioned documents to the following persons to facilitate the Defendant's appearance in court: the court and its staff, the United States Pretrial Services, the United States Probation Department, the United States Marshals Service, the Defendant, the Federal Community Defender's Office, and/or the Defendant's attorney. The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/ Micah S. Wallace*
Micah S. Wallace
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Micah.Wallace@usdoj.gov
(313) 226-9591

Dated:  October 8, 2024

**IT IS SO ORDERED.**

David R. Grand
United States Magistrate Judge

Entered:  October 8, 2024