UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                        Criminal No. 24-mj-30434

v.

Austin Mark Matthews,

      Defendant.

_____/

## MOTION TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Complaint, Warrant of Arrest, and Affidavit for complaint for the following reasons:

1.     That the defendant has been arrested on the complaint by law enforcement officers.

2.     That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/ Micah S. Wallace*
Micah S. Wallace
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
734-226-9591
Micah.Wallace@usdoj.gov

Date: October 9, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,                        Criminal No.   24-mj-30434

v.

IN RE:   SEALED MATTER

        Defendant.

_____/

## ORDER TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

IT IS HEREBY ORDERED that the complaint, warrant for arrest, and

affidavit for complaint be UNSEALED.




                                      s/David R. Grand
                                      Honorable David R. Grand
                                      United States Magistrate Judge



Dated:   10/9/24